IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICARDO MARINEZ,

    Petitioner,  JUDGMENT IN A CIVIL CASE

v.  Case No. 11-cv-802-wmc

WILLIAM POLLARD, Warden,
Waupun Correctional Institution,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent denying Ricardo Marinez's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and dismissing this case with prejudice.

| /s/ | 12/24/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |